IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | Record No. 13-4282 |
| ) | |
| JAMES BOWERS JOHNSON ) | |
| ) | |
| Defendant-Appellant ) | |

## APPELLANT'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME

Now comes the appellant, James Bowers Johnson, by his Court-appointed counsel, and moves the Court to grant him a 30 day enlargement of time in which to file his opening brief, i.e. from July 30, 2013, to August 29, 2013. The appellant's counsel moves for this extension on the grounds that he has had an unusually large number of professional commitments in June and July, including but not limited to work on an appeal of a first degree murder conviction to the Court of Appeals of Virginia.

The undersigned counsel has been authorized to represent that counsel for the United States does not oppose this request for a 30 day extension.

Wherefore, the appellant respectfully prays for an enlargement of time in which to file his opening brief and Joint Appendix from July 30, 2013, to August 29, 2013.

JAMES BOWERS JOHNSON

By:_____s/Paul G. Beers
Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8000
Facsimile (540) 224-8050
Counsel for the Appellant

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user: C. Patrick Hogeboom, III, Esq., Assistant United States Attorney, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709, and to Katie Bagley, Esq., Criminal Appeals & Tax Enforcement Policy, U.S. Department of Justice - Tax Division, P.O. Box 502, Washington, DC 20044.

_____s/Paul G. Beers
Paul G. Beers